**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-8022**

---

JEROME BRANCH,

                                       Plaintiff - Appellant,

    versus

RON CHERRY; LIEUTENANT JONES; P. A. SNOWDY;
NURSE BROWN; MS. TELINSKI, Head Nurse;
SARGEANT ADAMS; NURSE WHITESIDE; NURSE
GOLDSMITH,

                                      Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CA-01-407-2)

---

Submitted: March 6, 2002          Decided: March 18, 2002

---

Before WIDENER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jerome Branch, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerome Branch appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and the district court's opinion and find no reversible error. See Porter v. Nussle, ___ U.S. ___, 2002 WL 261683 (Feb. 26, 2002) (No. 853); Booth v. Churner, 532 U.S. 731 (2001). Accordingly, we affirm on the reasoning of the district court. See Branch v. Lieutenant Jones, No. CA-01-407-2 (E.D. Va. Nov. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2